**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BONUTTI SKELETAL INNOVATIONS LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>LINVATEC CORPORATION AND CONMED CORPORATION )<br><br>Defendants. ) | W.D. Tex. Civil No. AU:13-MC-01085-SS<br><br>M.D. Fla. C.A. No. 6:12-cv-01379-Orl-22TBS<br><br>U.S. District Court for the Middle District of Florida |

**LINVATEC'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO COMPEL ACACIA RESEARCH GROUP, LLC TO COMPLY WITH LINVATEC'S SUBPOENA FOR DISCOVERY OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Linvatec Corporation and ConMed Corporation (collectively, "Linvatec"), by and through their undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, hereby gives notice of their withdrawal without prejudice of the Motion to Compel Acacia Research Group, LLC to Comply with Linvatec's Subpoena for Discovery of Documents and Electronically Stored Information.  (Dkt. No. 1) ("Motion To Compel").  In support thereof, Linvatec states as follows:

1.       Linvatec filed the instant Motion To Compel after Acacia Research Group, LLC ("Acacia") refused to produce certain documents in response to Linvatec's subpoena for the production or inspection of documents.  *See* Dkt. No. 1-1,  Exhibit A.

2.       The Linvatec and Acacia met and conferred, Acacia ultimately advised Linvatec that it would not produce the documents responsive to Linvatec's Request Nos. 4, 6, 8, 16, 22-24, and 26 on the grounds the such documents were not relevant to the litigation between

1

Linvatec and Bonutti Skeletal Innovations, LLC ("Bonutti"). *See* Dkt. No. 1 at 5. Consequently, after confirming that the parties had reached an impasse, Linvatec filed its Motion to Compel on December 20, 2013.

3.      Acacia has not yet filed a response to Linvatec's Motion to Compel.  The parties jointly stipulated to a 14-day extension for Acacia's response with a new due date of January 10, 2014.  *See* Dkt. No. 2.

4.      On December 30th, 2013 the Court ordered that this matter be heard on January 8, 2014 at 2:00 PM.  *See*  Dkt. No. 3.

5.      On January 3, 2014 counsel for Acacia contacted counsel for Linvatec and requested an opportunity to meet and confer regarding the motion to compel and upcoming hearing.  Acacia's counsel represented that the issues could be resolved and the need for the hearing obviated.  *See* Exhibit A.

6.      On January 5, 2014 Linvatec's counsel met and conferred with counsel for Acacia as well as members of Acacia's management.  Acacia agreed to provide responses or representations that would address each of Linvatec's requests.  Acacia confirmed that that any non-privileged, responsive documents for Linvatec's Requests Nos. 4, 6, and 26 would be produced through Bonutti.  Further, Acacia represented to Linvatec that for Linvatec's Requests Nos. 8 and 16, there are no responsive documents concerning patents in the fields of orthopedics or sports medicine, and for Requests Nos. 22-24, that any and all responsive documents are privileged and/or protected as work product.  *See* Exhibit B.

7.      On January 6, 2013, Acacia's counsel and Bonutti's counsel confirmed that neither Acacia nor Bonutti, respectively, will rely on any patent license or agreements outside the fields of orthopedics and sports medicine in the above-identified actions.

8.      Based on the representations made by Acacia and Bonutti Skeletal, Linvatec agrees to withdraw its Motion To Compel without prejudice to re-file if Acacia fails to produce the requested documents through its subsidiary, Bonutti Skeletal.

WHEREFORE, based on the foregoing, Linvatec hereby withdraws the Motion to Compel and respectfully files this notice of withdrawal of the Motion To Compel without prejudice.


Dated this 6th day of January, 2014.


                                        Respectfully submitted,


                                        */s/ S. Giri Pathmanaban*
                                        S. Giri Pathmanaban (State Bar No. 24074865)
                                        LATHAM & WATKINS LLP
                                        140 Scott Drive
                                        Menlo Park, CA 94025
                                        Telephone:  650-328-4600
                                        Facsimile:  650-463-2600
                                        giri.pathmanaban@lw.com

                                        Attorney for Linvatec Corporation and
                                        ConMed Corporation

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6th, 2014, I caused the foregoing document to be

served by overnight mail delivery by Fed-Ex:

Travis P. Brennan
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949)725-4000
Facsimile: (949)725-4100

Paul A. Bondor
Alex Henriques
DESMARAIS, LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 351-2400
Facsimile: (212) 351-3401

Frederick S. Wermuth
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine Street
Orlando, Florida 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161

*/s/ Judy Nguyen*
Judy Nguyen